**FILED**
**FEB 23 2022**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 22-30016-NJR |
| ) | |
| VALENTION W. MILLER, ) | Title 18 |
| ) | United States Code, |
| Defendant. ) | Section 922(g)(1) and 924(a) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Felon in Possession of a Firearm)**

From on or about January 5, 2022, in Madison County, within the Southern District of Illinois,

**VALENTION W. MILLER,**

defendant herein, did, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, Involuntary Manslaughter, in St. Clair County Circuit Court, in case number 18CF1671, possessed a firearm, one Glock .45 caliber pistol with an extended magazine and currently holding 30 bullets, SN BVAV059 pistol, said firearm having been shipped and transported in interstate commerce, in violation of Title 18 United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

1. The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code, Section 924(d) and Title 28 United States Code, Section 2461(c).

2. Upon conviction of the above offenses in violation of Title 18 United States Code Section 922(g), the defendant,

**VALENTION W. MILLER,**

Shall forfeit to the United States a firearm and any and all ammunition contained within the firearm including but not limited to the following:

> Glock .45 caliber pistol with an extended magazine and currently holding 30 bullets with serial number BVAV059

All pursuant to Title 18 United States Code, Section 924(d), and Title 28, United States Code Section 2461(c).

A TRUE BILL

FOREPERSON

JENNIFER HUDSON
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2022.02.21 18:23:12 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention